**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
RYAN J. BLACK,                    )    NO. CV 11-9528-PSG(E)
                                  )
             Petitioner,          )
                                  )
      v.                          )    JUDGMENT
                                  )
WARDEN,                           )
                                  )
             Respondent.          )
_____)
```

　　　Pursuant to the "Order Denying Request re Statute of Limitations," the Request is denied and dismissed without prejudice.

　　　DATED: ___November 18, 2011_____.

                                   _____
                                        PHILIP S. GUTIERREZ
                                   UNITED STATES DISTRICT JUDGE